296 So.2d 206

**In re George HARLOW et al.**

**v.**

**The CITY OF BIRMINGHAM.**

**Ex parte George Harlow.**

**Ex parte Thomas D. McGARY.**

**Ex parte Michael ROBINSON.**

**SC 730.**

Supreme Court of Alabama.

May 9, 1974.

Rehearing Denied June 6, 1974.

Ferris S. Ritchey, Jr., Birmingham, Robert Eugene Smith, D. Freeman Hutton, Atlanta, Ga., for petitioners.

No brief for respondent.

BLOODWORTH, Justice.

Writ denied. (No opinion).

MERRILL, COLEMAN, HARWOOD, MADDOX, McCALL and FAULKNER, JJ., concur.

JONES, J., dissents.

HEFLIN, C. J., not sitting.

JONES, Justice (dissenting).

I would grant the writ. My views have been expressed in McKinney v. City of Birmingham, 292 Ala. 726, 296 So.2d 236 (1974), released simultaneously with this opinion, and I respectfully dissent on the same grounds.